1  KAEMPFER CROWELL
   Anthony J. Celeste, No. 8776
2  Ryan W. Daniels, No. 13094
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada  89135
   Telephone: (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: tceleste@kcnvlaw.com
5  Email: rdaniels@kcnvlaw.com

6  Attorneys for Defendant
   THE SHOPPES AT THE PALAZZO, LLC
7
                    **UNITED STATES DISTRICT COURT**
8
                         **DISTRICT OF NEVADA**
9

| 10 | BEERPARTNERS.LV, LLC, a Nevada limited liability company, | Case No. 2:23-cv-00387 |
|---|---|---|
| 11 | Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 12 | vs. | |
| 13 | THE SHOPPES AT THE PALAZZO, LLC, a Delaware limited liability company; | |
| 14 | | |
| 15 | Defendant(s). | |

16

17         Plaintiff Beerpartners.LV, LLC and defendant The Shoppes at the

18  Palazzo, LLC stipulate and agree that the above-captioned action is

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

**KAEMPFER**
**CROWELL**   Stipulation and Order for Dismissal with Prejudice    11453-490                    Page 1 of 2

1  hereby dismissed with prejudice, with each party to bear their own attorney fees and
2  costs.
3        IT IS SO STIPULATED.
4
5  Dated: February 2, 2024

6  KAEMPFER CROWELL                              HOLLEY DRIGGS

7
8  /s/ *Ryan Daniels*                                          /s/ *F. Thomas Edwards*
   Anthony J. Celeste, No. 8776                   F. Thomas Edwards, No. 9549
   Ryan W. Daniels, No. 13094                     Jessica M. Lujan, No. 14913
9  1980 Festival Plaza Drive, Suite 650           300 South Fourth Street, Suite 1600
   Las Vegas, Nevada  89135                       Las Vegas, NV 89101
10
   Attorneys for Defendant                        Attorneys for Plaintiff
11 THE SHOPPES AT THE                             Beerpartners.LV, LLC
   PALAZZO, LLC
12
13
   **IT IS SO ORDERED:**
14
15 DATED this ___9___ day of February, 2024.
16
17                                          _____
                                            UNITED STATES DISTRICT COURT JUDGE
18
19
20
21
22
23
24